## 29386. MOREE v. SHIVER.

GARDNER, J. The plaintiff in error was sued as a joint tort-feasor with Albany Coca-Cola Bottling Company. They filed separate bills of exceptions. The record reveals but one petition and one brief of evidence. What was said in the case of *Albany Coca-Cola Bottling Co.* v. *Shiver*, ante, 359, is controlling in this case for the reasons therein stated, as such reference in that opinion applies to plaintiff in error in this case. The judge did not err in overruling the motion for new trial.

*Judgment affirmed. MacIntyre, J., concurs, Broyles, C. J., concurs specially.*

DECIDED MAY 15, 1942.

*R. B. Williamson,* for plaintiff in error. *Ford & Houston,* contra.

BROYLES, C. J., concurring specially. In the former decision of this case, *Moree* v. *Shiver,* 63 *Ga. App.* 761 (12 S. E. 2d, 118), this court adopted its rulings made in the companion case of *Albany Coca-Cola Bottling Co.* v. *Shiver,* 63 *Ga. App.* 755 (12 S. E. 2d, 114), with the exception that it ruled in this case that the doctrine of res ipsa loquitur was not applicable to the resident defendant Moree, and that the court erred in charging that doctrine as applying to him. In the trial now under review that error was eliminated from the charge. Under the previous rulings of the court in *Albany Coca-Cola Bottling Co.* v. *Shiver,* supra, and adopted in its decision of this case in *Moree* v. *Shiver,* supra, which are bind-

ing on us as the law of the case, the verdict was authorized by the evidence and the special assignments of error are without merit. I do not concur in all of the rulings made in the majority opinion and in the headnotes.